# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1477
LT Case No. 2015-CF-4028

_____

JOSEPH FRANCIS SPURLING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Joseph Spurling, Graceville, pro se.

No Appearance for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED. *See Spurling v. State*, 351 So. 3d 212 (Fla. 1st DCA 2022).

EDWARDS, C.J., and LAMBERT and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____